To: United States Bankruptcy Court
District of Maryland

Date: January 13, 2017
In re: Manangan, Rona Cervantes
Case No. 11-3-3374 DER

RESPONSE TO MOTION TO (I)RESCIND SETTLEMENT AGREEMENT
PROPOSAL LETTER

Dear Sir/Madame;

I am writing this letter to acknowledge that I owe some money from my bankruptcy estate. Please consider my options of a payment proposal, for I cannot afford to pay the money I owe right now.

1) First, to pay the amount of $15,000.00 in cash/lumpsum payable within 3 months.

2) Second, to pay an installment of $500 each month until money owed is paid.

Lastly I am willing to pay and produce the money and ask the court to please consider this payment proposal.

Thank you very much for your kind consideration.

Respectfully,
Rona C. Manangan

FILED
2017 JAN 13 AM 10: 11
DISTRICT OF MARYLAND
BALTIMORE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re:     *     Case Number: 11-3-3374-DER

MANANGAN, RONA CERVANTES     *     Chapter: 7

Debtor(s)     *

    *

## CERTIFICATE OF SERVICE

I hereby certify that on this __13__ day of __JANUARY__, 2017, a copy of MY RESPONSE TO MOTION TO (I) RESCIND SETTLEMENT AGREEMENT AND ORDER APPROVING SETTLEMENT AGREEMENT AND (II) PERMIT TRUSTEE TO PROCEED WITH SALE OF REAL PROPERTY

was mailed first class mail, postage prepaid to:

DLA Piper
The Marbury Building
6225 Smith Avenue
Baltimore, MD. 21209-3600

Richard M. Kremen (Trustee)
Regan K. LaTesta

_____  1-13-17
Signature of debtor    Date

_____  _____
Signature of co-debtor    Date